## Kunzea JACKSON, Plaintiff–Appellant,

v.

## Kim REID, Warden/Executive Administrator (FCI Danbury); Dennis Harrell, Assistant Warden (FCI Danbury); Michael Lefevre, Unit Manager (FCI Danbury), Defendants–Appellees.

### No. 01–7979.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 6, 2002.

Kunzea Jackson, Appellant Pro Se.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kunzea Jackson appeals the district court's order dismissing without prejudice for improper venue her action filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jackson v. Reid*, No. CA–01–767–2 (E.D.Va. Oct. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*